AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia  ▼

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK (ONE MASSACHUSETTS AVENUE NORTHWEST, WASHINGTON D.C. 20001) <br><br> *Plaintiff(s)* <br><br> v. <br><br> G BUILDERS, LLC (45 BROADWAY, 4TH FLOOR, NEW YORK, NEW YORK 10006); JOHN DOES 1-10 (unknown and fictitiously named individuals involved in the construction of the Riverside Overbuild Project); and XYZ CORPS. 1-10 (unknown and fictitiously <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br> Civil Action No.   24-cv-03192-TJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   G BUILDERS, LLC
45 BROADWAY, 4TH FLOOR
NEW YORK, NEW YORK 10006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald T. Ford
Landman Corsi Ballaine & Ford
One Gateway Center, 22nd floor
Newark, NJ 07102
(972) 623-2700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   11/14/2024

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*